IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

ELSIE TOM, as personal representative of
the Estate of Sam Tom,

        Plaintiff,

v.                                                  CV 10-1257 LH/WPL

S.B., Inc., et al.,

        Defendants.

### ORDER FOR ATTORNEYS' FEES AND COSTS

This matter comes before me *sua sponte*. On February 10, 2012, I ordered Defendants and defense counsel to pay costs and fees to Plaintiff Elsie Tom as a sanction. (Doc. 81.) At the time, I did not award Tom a specific amount because it was unknown. Tom filed a bill of costs on October 11, 2012, which set out $71,016.11 in attorneys' fees and $10,026.08 in costs. (Doc. 237.) Defendants did not file a response. I hereby order Defendants and defense counsel Philip Cheves to pay attorneys' fees and costs to Tom in accordance with the percentages set out in my order (Doc. 81) and the related bill of costs (Doc. 237).

IT IS SO ORDERED.

                                                                  William P. Lynch
                                                                   United States Magistrate Judge

A true copy of this order was served
on the date of entry--via mail or electronic
means--to counsel of record and any *pro se*
party as they are shown on the Court's docket.